JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMOEUN SARETH,<br><br>      Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendant. | Case No. SACV12-01714 JLS (MLGx)<br><br>Assigned to:<br>Hon. Josephine L. Staton<br><br>**ORDER ON STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint Filed:  October 4, 2012 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice.  Plaintiff Samoeun Sareth and Experian shall each bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  October 03, 2013

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

IRI-54594v1